# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | | |
|---|---|---|
| JOHNNY AVALOS, #1749353, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 6:18-CV-00206-RAS |
| | § | |
| C. E. MONROE, WILLIAM T. MULLINS, OLIVER K. NEAL, FERNANDO J. VEGA, | § | |
| | § | |
| Defendants. | § | |

## ORDER ADOPTING REPORTS AND RECOMMENDATIONS
## OF UNITED STATES MAGISTRATE JUDGE

The above entitled and numbered civil action was referred to United States Magistrate Judge John D. Love pursuant to 28 U.S.C. § 636. On June 5, 2019, the Magistrate Judge issued: (1) a Report and Recommendation (Doc. No. 40), recommending Defendants' Motion for Summary Judgment (Doc. No. 29) be granted and Defendants William Mullins, Oliver Neal, and Fernando Vega be dismissed with prejudice; and (2) a Report and Recommendation (Doc. No. 41), recommending Defendant Warden Monroe's Motion to Dismiss (Doc. No. 18) be granted and that Defendant Warden C.E. Monroe be dismissed with prejudice. Plaintiff acknowledged receipt of both Reports and Recommendations by June 17, 2019 at the latest. (Doc. No. 42.) No objections to the Reports and Recommendations have been presented for consideration within the prescribed time period for such objections. Therefore, the court adopts the Reports and Recommendations of the United States Magistrate Judge (Doc. Nos. 40 and 41) as the findings of this court.

Accordingly, it is hereby **ORDERED** that the Magistrate Judge's Reports (Doc. Nos. 40 and 41) are **ADOPTED** and the above-styled civil action is **DISMISSED WITH PREJUDICE**. All pending motions are **DENIED** as **MOOT**.

**SIGNED this the 29th day of September, 2019.**

_____
RICHARD A. SCHELL
UNITED STATES DISTRICT JUDGE